## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**ACE HANKE,**

     **Plaintiffs,**

  **vs.**

**MARTIN O'MALLEY, Commissioner of Social Security**

     **Defendant.**

**4:23CV3208**

**ORDER TO SHOW CAUSE**

   This matter is before the Court after review of the docket.  Plaintiff, Ace Hanke, filed a Complaint on November 3, 2023, against defendant, Martin O'Malley, Commissioner of Social Security.  (Filing No. 1).  Plaintiff contends the Commissioner's final decision to deny his claim for disability benefits was "not supported by substantial evidence and [is] contrary to law and regulation" pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3).

   Under General Order No. 2022-13,[1] a plaintiff who wishes to challenge a final decision of the Commissioner must move for an order reversing the Commissioner's decision within thirty days after the filing of the administrative record. In this case, the Commissioner filed the administrative record on March 13, 2024.  (Filing Nos. 10-11).  Plaintiff has not filed the required motion within thirty days or requested any extension of the deadline.  Accordingly,

   **IT IS ORDERED** that Plaintiff shall have until **May 22, 2024**, to show cause why his Complaint should not be dismissed for failure to follow the required procedures, or take other appropriate action.

   Dated this 1st day of May, 2024.

          BY THE COURT:

          s/Michael D. Nelson
          United States Magistrate Judge

---

[1] The Honorable Robert F. Rossiter, Jr., Chief Judge of the United States District Court for the District of Nebraska, issued General Order No. 2022-13 on December 16, 2022. The Order sets forth the procedures governing all actions filed after December 16, 2022, challenging "a final decision of the Commissioner of the Social Security Administration pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g)."