IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACE HANKE,<br><br>             Plaintiff,<br><br>   vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security;<br><br>             Defendant. | 4:23CV3208<br><br>ORDER |

**IT IS ORDERED** that per Defendant's Filing No. 30, Michelle A. King, Acting Commissioner of Social Security, is hereby substituted as the defendant Pursuant to Fed. R. Civ. P. 25(d).

The Clerk shall modify the docket to reflect this substitution.

Dated this 24th day of January, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge